1
2
3
4
5
6
7
8
9                UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11
12 GERSON BAZAN,         )  Case No. CV 11-5696 DOC (MRW)
13          Petitioner,  )
14       vs.       )  JUDGMENT
15 M. BITER, Warden,     )
16         Respondent.  )
17 _____ )
18
19      Pursuant to the Order Accepting Findings and Recommendations of the
United States Magistrate Judge,
20
21      IT IS ADJUDGED that the petition is denied and this action is dismissed
with prejudice.
22
23 DATE:  April 11, 2012       _____
                 HON. DAVID O. CARTER
24                  UNITED STATES DISTRICT JUDGE
25
26
27
28